JEFFREY L. BLEICH (State Bar No. 144340)
DANIEL J. POWELL (State Bar No. 230304)
AMY C. TOVAR (State Bar No. 230370)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for
H&R BLOCK, INC.,
H&R BLOCK SERVICES, INC.,
H&R BLOCK ENTERPRISES, INC.,
H&R BLOCK TAX SERVICES, INC.,
BLOCK FINANCIAL CORPORATION,
HRB ROYALTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>H&R BLOCK, INC., a foreign corporation; H&R BLOCK SERVICES, INC., a foreign corporation; H&R BLOCK ENTERPRISES, INC., a foreign corporation; H&R BLOCK TAX SERVICES, INC., a foreign corporation; BLOCK FINANCIAL CORPORATION, a foreign corporation; HRB ROYALTY, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 06 2058 SC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING (1) TIME FOR PLAINTIFF TO MOVE TO REMAND AND (2) TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(San Francisco Superior Court Case No. CGC-06-449461) |

1
STIPULATION AND [PROPOSED] ORDER EXTENDING (1) TIME FOR PLAINTIFF TO MOVE TO REMAND AND (2) TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1169931.1

Dockets.Justia.com

THE PARTIES HERETO, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

WHEREAS Plaintiff filed his Complaint in this action in San Francisco Superior Court on February 15, 2006;

WHEREAS Defendants removed this action to U.S. District Court for the Northern District of California on March 17, 2006;

WHEREAS Plaintiff anticipates opposing Defendants' removal to federal court by filing a motion to remand;

WHEREAS the parties have stipulated that Plaintiff may have an additional thirty (30) days beyond the time set forth in 28 U.S.C. sec. 1447(c) to file his motion to remand for a total of sixty (60) days (hereinafter, the "initial period");

WHEREAS the parties have stipulated to extend the time for Defendants' response to the Complaint until (A) thirty (30) days after Plaintiff's proposed motion to remand has been decided by the U.S. District Court; or (B) thirty (30) days after Plaintiff requests such response, notice of which may be served on Defendants no earlier than (i) thirty (30) days after Plaintiff moves to remand, if Plaintiff files such a motion during the initial period, or (ii) the date of removal, if Plaintiff elects not to file such a motion during the initial period and informs Defendants of that election;

WHEREAS the parties desire to establish a mutually convenient briefing schedule that will allow them to adequately brief the issues for the Court and to provide the Court with adequate time to consider the papers submitted by the parties;

2
STIPULATION AND [PROPOSED] ORDER EXTENDING (1) TIME FOR PLAINTIFF TO MOVE TO REMAND AND (2) TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1169931.1

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the time for Plaintiff to file his motion to remand, and for Defendants to answer or otherwise respond to Plaintiff's complaint will be extended as set forth above.

DATED: 3/21/06

MUNGER, TOLLES & OLSON, LLP

By: /s/ Jeffrey L. Bleich
JEFFREY L. BLEICH
DANIEL J. POWELL (State Bar No. 230304)
AMY C. TOVAR (State Bar No. 230370)
Counsel for Defendants,
H&R BLOCK, INC.,
H&R BLOCK SERVICES, INC.,
H&R BLOCK ENTERPRISES, INC.,
H&R BLOCK TAX SERVICES, INC.,
BLOCK FINANCIAL CORPORATION,
HRB ROYALTY, INC.

DATED: 3/21/06

OFFICE OF THE ATTORNEY GENERAL
OF CALIFORNIA

By: /s/ Seth E. Mermin
SETH E. MERMIN
Counsel for Plaintiff,
THE PEOPLE OF THE STATE
OF CALIFORNIA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/22/06

[Seal: IT IS SO ORDERED / Judge Samuel Conti / UNITED STATES DISTRICT COURT]

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

3
STIPULATION AND [PROPOSED] ORDER EXTENDING (1) TIME FOR PLAINTIFF TO MOVE TO REMAND AND (2) TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1169931.1